# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly
situated

       Plaintiff,

       **v.**

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

       Defendants.

## SUMMONS IN A CIVIL CASE

# 00 - 6203

CASE NUMBER:  **CIV - GOLD**



MAGISTRATE JUDGE
SIMONTON

TO:    **USG ANNUITY & LIFE COMPANY**
        by serving its Registered Agent:
        Insurance Commissioner
        State of Florida
        The Capitol Building
        Tallahassee, Florida 32304

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Michael A. Hanzman, Esq.
HANZMAN CRIDEN CHAYKIN & ROLNICK, P.A.
200 South Biscayne Boulevard
Suite 2100
Miami, Florida 33131
Telephone: (305) 357-9000

**an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.**

Clarence Maddox
_____
CLERK

_____
BY DEPUTY CLERK

FEB 1 0 2000
_____
DATE