UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON



CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

### AGREED MOTION OF DEFENDANT, USG ANNUITY & LIFE COMPANY FOR AN ENLARGEMENT OF TIME TO SERVE A PLEADING OR MOTION WITH RESPECT TO THE COMPLAINT

Defendant, USG ANNUITY & LIFE COMPANY ("USG") moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to serve a pleading or motion with respect to the Complaint. This is an agreed motion.

Under the present deadline, USG' motion or pleading with respect to the Complaint is due March 6, 2000.

Undersigned counsel has just been retained by USG, an out-of-state defendant. Plaintiff has brought a five count complaint that is styled as a class action. Undersigned counsel needs an opportunity to review the complaint and confer with her client in preparing a response.

For these reasons, counsel for USG requests an extension of time to and including March 27, 2000, within which to serve a pleading or motion with respect to the Complaint. This motion is made without prejudice to the rights of USG to raise any claim or defense in the action. This



STEEL HECTOR & DAVIS LLP

CASE NO. 00-6203-CIV-GOLD/SIMONTON

Motion is not filed for purposes of delay or other improper purpose. The amount of time sought is the minimum required for counsel to prepare a pleading or motion. Plaintiff will not be prejudiced by the granting of this Motion. The Court has authority to grant extensions of time, when as here, justice so requires. See Woods v. Allied Concord Financial Corp. (Del.), 373 F.2d 733, 734 (5th Cir. 1967).

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

Undersigned counsel hereby certifies that prior to filing this motion Lewis F. Murphy, Esq., a partner at the law firm of Steel Hector & Davis LLP, conferred with opposing counsel, Michael Hanzman, in a good faith attempt to resolve the motion and that Plaintiff's counsel agreed to the motion.

## CONCLUSION

On the basis of the foregoing, Defendant, USG, respectfully requests that it be given to and including March 27, 2000, to serve a pleading or motion with respect to the Complaint.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant USG Annuity & Life Co.
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone:  (305) 577-2864
Telecopy:   (305) 577-7001
E-mail:     jmunn@steelhector.com

By: _____
    Lewis F. Murphy, P.A.
    Florida Bar No. 308455
    Janet T. Munn
    Florida Bar No. 501281

2

CASE NO. 00-6203-CIV-GOLD/SIMONTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 3rd day of March, 2000 to: **MICHAEL HANZMAN, ESQ.**, Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 2100, Miami, Florida 33131.

By: *[signature]*
Janet T. Munn

MIA_1998/567049-1

STEEL HECTOR & DAVIS LLP