UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

## DEFENDANT'S AGREED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

The defendant, USG ANNUITY & LIFE COMPANY ("USG"), moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an additional enlargement of time to and including April 14, 2000 to respond to the plaintiffs' complaint as follows:

1.    USG was served with the complaint on February 14, 2000. Thereafter, USG moved for an enlargement of time to respond to the Complaint to and including March 27, 2000, which this Court granted.

2.    The Complaint purports to be a nationwide class action against USG alleging five counts. Undersigned counsel has had a family medical emergency and has been unable to dedicate the necessary time to prepare a response. USG request this enlargement of time to complete its investigation and prepare its response to the Complaint.

STEEL HECTOR & DAVIS LLP

CASE NO. 00-6203-CIV-GOLD/SIMONTON

3. Counsel for USG has contacted counsel for the plaintiff, who has agreed to the requested relief.

## MEMORANDUM OF LAW

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that the Court may grant the enlargement of time requested in this motion "for cause shown." "An application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party." C. Wright & A. Miller, *Federal Practice and Procedure* § 1165 (1987 ed.). USG has good cause for the enlargement of time requested and have so moved before the time to respond has expired. USG seeks the enlargement of time in good faith. The plaintiffs will not suffer any prejudice, and they do not oppose the requested enlargement of time.

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

Undersigned counsel hereby certifies that prior to filing this motion Robert W. Pittman, an associate at the law firm of Steel Hector & Davis LLP, conferred with opposing counsel, Michael Criden, in a good-faith attempt to resolve the motion and that Plaintiff's counsel agreed to the motion.

STEEL HECTOR & DAVIS LLP

CASE NO. 00-6203-CIV-GOLD/SIMONTON

## CONCLUSION

WHEREFORE, Defendant USG respectfully requests that it be given to and including April 14, 2000, to serve a response to the Complaint. Pursuant to Local Rule 7.1(A)(2), a proposed order granting this motion is attached.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant USG Annuity & Life Co.
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone:   (305) 577-7037
Telecopy:    (305) 577-7001
E-mail:      rpittman@steelhector.com

By: _____
Lewis F. Murphy, P.A.
Florida Bar No. 308455
Janet T. Munn
Florida Bar No. 501281
Robert W. Pittman
Florida Bar No. 027944

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 24 day of March, 2000 to: **MICHAEL CRIDEN,** Attorneys for Plaintiff, 200 South Biscayne Boulevard, Suite 2100, Miami, Florida 33131.

By: _____
Robert W. Pittman

MIA_1998/572485-1

3