UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/



FILED by ___ D.C.

MAR 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ON DEFENDANT'S AGREED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

**THIS CAUSE** came before the Court on the defendant's, USG Annuity & Life Company ("USG"), Motion for an Additional Enlargement of Time Respond to the Complaint ("Motion"), through and including April 14, 2000. The Court having considered the Motion and otherwise being duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. USG shall have through and including April 14, 2000, to serve a response to the plaintiff's Complaint. This Order is without prejudice to the rights of USG to raise any claim or defense to the plaintiff's Complaint

**DONE AND ORDERED** in Chambers at Miami, Florida this 27 day of March, 2000.

                                              _____
                                              ALAN S. GOLD

Conformed Copies To:                      UNITED STATES DISTRICT COURT
Robert W. Pittman, Esq.
Michael Criden, Esq.

