**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6203-CIV-GOLD/SIMONTON**

CLAIRE BLUMBERG, et al.

       Plaintiff,

v.

USG ANNUITY & LIFE COMPANY,

       Defendant.

_____/



FILED by _____ D.C.

APR 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REFERRING DISCOVERY
## MOTIONS TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the

Southern District of Florida, all discovery pretrial motions in the above-captioned cause, except all

motions for extension of time which could affect the dates set forth in the Court's pretrial order, are

hereby referred to United States Magistrate Judge Andrea M. Simonton to take all necessary and

proper action as required by law.

If the Magistrate Judge determines that any referred motion may affect the dates set forth in

the Court's pretrial order, notice shall be given to the undersigned as quickly as practicable so that

this Court may dispose of the motion, or upon a showing of compelling circumstances, adjust

deadlines as necessary.

**Motions for extension of time are to be filed with the Court and shall not be granted**

**absent compelling circumstances**. Counsel shall send a copy of discovery motions or responsive

pleadings directly to the Magistrate Judge at the same time that the motion or pleading is filed with

the Court.

This referral shall expire on the date of the pretrial conference. Upon expiration, all matters

pending before the United States Magistrate Judge shall remain before the Magistrate Judge for

resolution, and all new matters shall be filed for consideration by the undersigned.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this _21_ day of _April_

2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

**Copies furnished:**
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Michael Hanzman, Esq.**
**Hanzman Criden Chaykin & Rolnick, P.A.**
200 S. Biscayne Blvd., #2100
Miami, FL 33131
**Lewis Murphy, Esq.**
**Stell Hector & Davis LLP**
200 S. Biscayne Blvd., #4000
Miami, FL 33131