UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, et al.

    Plaintiff,

v.

USG ANNUITY & LIFE COMPANY,

    Defendant.
_____/



FILED by ___ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER REQUIRING COMPLETION OF FORM
CONSENTING TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION**

In light of the advantages offered by trial before a magistrate judge, such as an earlier, specially-set trial date, the parties are strongly urged to consider consenting to magistrate jurisdiction for trial and other related matters. Therefore, within 20 days of this order, counsel shall, after conferring with their respective clients, complete and submit for the Court's signature, their copies of the attached form entitled "Consent to Jurisdiction By A United States Magistrate Judge For Final Disposition."

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 21 day of April, 2000.

                                        _____
                                        ALAN S. GOLD
                                        UNITED STATES DISTRICT JUDGE

**Copies furnished:**
**Judge Alan S. Gold**
**U.S. Magistrate Judge Simonton**
**U.S. Magistrate Judge Andrea Simonton**
**Michael Hanzman, Esq.**
**Hanzman Criden Chaykin & Rolnick, P.A.**
200 S. Biscayne Blvd., #2100
Miami, FL 33131
**Lewis Murphy, Esq.**
**Stell Hector & Davis LLP**
200 S. Biscayne Blvd., #4000
Miami, FL 33131



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, et al.

       Plaintiff,

v.

USG ANNUITY & LIFE COMPANY,

       Defendant.
_____/

**CONSENT TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION**

      In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions for Costs | ___ | ___ |
| 2. | Motions for Attorney's Fees | ___ | ___ |
| 3. | Motions for Sanctions | ___ | ___ |
| 4. | Motions to Dismiss | ___ | ___ |
| 5. | Motions for Summary Judgment | ___ | ___ |
| 6. | Jury or Non-Jury Trial on Merits | ___ | ___ |
| 7. | Other _____ | ___ | ___ |

_____               _____
(date)                          (Signature) Attorney for _____

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Michael Hanzman, Esq.**
**Hanzman Criden Chaykin & Rolnick, P.A.**
200 S. Biscayne Blvd., #2100
Miami, FL 33131
**Lewis Murphy, Esq.**
**Stell Hector & Davis LLP**
200 S. Biscayne Blvd., #4000
Miami, FL 33131