UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, et al.

    Plaintiff,
v.

USG ANNUITY & LIFE COMPANY,

    Defendant.
_____/



FILED by _____ D.C.
APR 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER SETTING ORAL ARGUMENT

Oral Argument regarding class certification is hereby scheduled before the undersigned at the United States District Court, Courtroom Ten, Tenth Floor, 301 N. Miami Ave., Miami, Florida, 33128, on **November 3, 2000, at 1:30 p.m.** In the event that pretrial motions are pending, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s). The court has set aside **sixty (60)** minutes for this hearing. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 21 day of April 2000.

               ALAN S. GOLD
               UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Andrea Simonton
**Michael Hanzman, Esq.**
**Hanzman Criden Chaykin & Rolnick, P.A.**
200 S. Biscayne Blvd., #2100
Miami, FL 33131
**Lewis Murphy, Esq.**
**Stell Hector & Davis LLP**
200 S. Biscayne Blvd., #4000
Miami, FL 33131