UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6203 CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly situated,

    Plaintiffs,

v.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Claire Blumberg, pursuant to Fed. R. Civ. P. 6(b)(1) and S.D. Fla. L.R. 7.1.A., hereby moves for an order enlarging the time within which to file her response to Defendant USG Annuity & Life Company's Motion to Dismiss. In support thereof, Blumberg submits the following:

1. On February 10, 2000, Blumberg, on her own behalf and on behalf of all class members similarly situated, filed a Complaint against Defendant USG Annuity & Life Company's ("USG"), alleging claims of fraudulent omission, negligent omission, breach of fiduciary duty, unjust enrichment, and money had and received.

2. On April 14, 2000, after this Court granted two extensions to USG to respond to the Complaint, USG filed its motion to dismiss.

3. Currently, Blumberg's response to the Motion to Dismiss is due May 1, 2000.

4.      Counsel for Blumberg is in the process of moving offices from downtown Miami to Coral Gables. We have filed a Notice of Change of Address with the Court. The move is effective May 1, 2000. Because of counsel's office relocation, Blumberg requests a brief extension of time, up and including May 16, 2000, to respond to USG's Motion to Dismiss.

4.      This motion has been filed in good faith. Neither side will be prejudiced by the requested enlargement.

5.      Counsel for Blumberg is authorized to represent that counsel for USG does not oppose the requested extension of time to respond to the Motion to Dismiss. A proposed order is attached for the Court's convenience.

WHEREFORE, Blumberg respectfully requests an enlargement of time, up and through May 16, 2000, within which to file her response to USG's Motion to Dismiss the Complaint.

Respectfully submitted,

Hanzman Criden Chaykin & Rolnick, P.A.
2100 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Kevin B. Love
Florida Bar No. 993948

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served this 24 of April, 2000, via U.S. Mail, to: Lewis Murphy, P.A., Steel Hector & Davis, LLP, 200 South Biscayne Blvd., Suite 4000, Miami, Florida 33131.

Kevin B. Love

L:\LIBRARY\2770\Plead\motion for extension of time.1.wpd

LAW OFFICES
HANZMAN CRIDEN CHAYKIN & ROLNICK, P.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6203 CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly situated,

      Plaintiffs,

v.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

      Defendant.
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant USG Annuity & Life Company's Motion to Dismiss. The Court, after a review of the file and noting the agreement of counsel, orders and adjudges as follows:

1.    Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including May 16, 2000, to file her response to the Motion to Dismiss.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this ___ day of April, 2000.

                                                      Alan S. Gold
                                                      United States District Judge

Copies furnished to all counsel