UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6203 CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly situated,

    Plaintiffs,

v.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

Counsel for Plaintiff Claire Blumberg hereby gives notice that, effective May 1, 2000, its address will change to the following:

    Hanzman Criden Chaykin & Rolnick, P.A.,
    Commercebank Center
    220 Alhambra Circle, Suite 400
    Coral Gables, Florida 33134
    Telephone: (305) 357-9000
    Facsimile:  (305) 357-9050

    Respectfully submitted,

    Hanzman Criden Chaykin & Rolnick, P.A.
    2100 First Union Financial Center
    200 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone:  (305) 357-9000
    Facsimile:  (305) 357-9050

    Kevin B. Love
    Florida Bar No. 993948

LAW OFFICES
HANZMAN CRIDEN CHAYKIN & ROLNICK, P.A.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served this 25 of April, 2000, via U.S. Mail, to: Lewis Murphy, P.A., Steel Hector & Davis, LLP, 200 South Biscayne Blvd., Suite 4000, Miami, Florida 33131.

Kevin B. Love

L:\LIBRARY\2770\Plead\notice of change of address.wpd

LAW OFFICES
HANZMAN CRIDEN CHAYKIN & ROLNICK, P.A.