UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, et al.

    Plaintiff,

v.

USG ANNUITY & LIFE COMPANY,

    Defendant.
_____/

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes ___ | No ✓ |
| 2. | Motions for Attorney's Fees | Yes ___ | No ✓ |
| 3. | Motions for Sanctions | Yes ___ | No ✓ |
| 4. | Motions to Dismiss | Yes ___ | No ✓ |
| 5. | Motions for Summary Judgment | Yes ___ | No ✓ |
| 6. | Jury or Non-Jury Trial on Merits | Yes ___ | No ✓ |
| 7. | Other _____ | Yes ___ | No ___ |

5/2/00
(date)    (Signature) Attorney for  PLAINTIFF

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Michael Hanzman, Esq.**
**Hanzman Criden Chaykin & Rolnick, P.A.**
200 S. Biscayne Blvd., #2100
Miami, FL 33131
**Lewis Murphy, Esq.**
**Stell Hector & Davis LLP**
200 S. Biscayne Blvd., #4000
Miami, FL 33131

