

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6203 CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly situated,

    Plaintiffs,

v.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.

_____/

## NOTICE OF DESIGNATION OF MEDIATOR

Counsel for Plaintiff Claire Blumberg hereby gives notice that the Parties have agreed to designate The Honorable Gerald T. Wetherington as the mediator in this action, which, pursuant to this Court's April 21, 2000 Order, shall be completed no later than April 18, 2001.

Respectfully submitted,

Hanzman Criden Chaykin & Rolnick, P.A.
Commercebank Center
220 Alhambra Circle, Suite 400
Coral Gables, Florida 33134
Telephone:  (305) 357-9000
Facsimile:   (305) 357-9050

Michael A. Hanzman
  Florida Bar No. 510637
Kevin B. Love
  Florida Bar No. 993948

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served this 8 of May, 2000, via U.S. Mail, to: Lewis Murphy, P.A., Steel Hector & Davis, LLP, 200 South Biscayne Blvd., Suite 4000, Miami, Florida 33131; The Honorable Gerald T. Wetherington, 2 South Biscayne Blvd., Suite 2930, Miami, FL 33131.

Kevin B. Love

L:\LIBRARY\2770\Plead\notice of des of arb.wpd