UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON



CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.

_____/

### DEFENDANT'S AGREED MOTION FOR ENLARGEMENT
### OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST

Pursuant to rule 6(b) of the Federal Rules of Civil Procedure, the defendant, USG Annuity & Life Company ("USG"), moves for an enlargement of time up to and including June 26, 2000, to serve its response to the plaintiff's, Claire Blumberg ("Blumberg"), first request for production of documents and first set of interrogatories:

    1.    Blumberg served her first request for production of documents and her first set of interrogatories on May 3, 2000. Pursuant to the Federal and Local Rules, USG has until June 6, 2000, to reply to these requests for discovery.



STEEL HECTOR & DAVIS LLP

2. The parties are presently resolving disputes and attempting to narrow the scope of discovery. USG will at least need up to and including June 21, 2000, to serve responses to the discovery requests. The requested enlargement will not unduly delay these proceedings or prejudice the plaintiffs.

3. Counsel for USG has conferred with counsel for Blumberg, regarding the requested enlargements of time who has no objection.

5. This motion has been served before the expiration of the period prescribed by the rules and is made in good faith and not for the purpose of delay.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may in its discretion for cause shown enlarge the period within which an act is required to be done if the request for an enlargement is made before the expiration of the period prescribed under the rules. This request is made before the expiration of the time within which to respond, and is made for good cause.

WHEREFORE, the defendant, USG, respectfully requests that the Court enter an order enlarging the time within which it may serve its responses to Blumberg's first request for production of documents and first set of interrogatories up to and including June 21, 2000.

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

Undersigned counsel hereby certifies that prior to filing this motion Robert W. Pittman, Esq., an associate at the law firm of Steel Hector & Davis LLP, conferred with opposing counsel,

Kevin Love, in a good faith attempt to resolve the motion and that Plaintiff's counsel agreed to the motion.

Dated: May 31st, 2000.

                Respectfully submitted,

                STEEL HECTOR & DAVIS LLP
                Attorneys for Defendant USG Annuity & Life Co.
                200 South Biscayne Boulevard, Suite 4000
                Miami, Florida 33131
                Telephone:  (305) 577-2864
                Telecopy:  (305) 577-7001
                E-mail:  lmurphy@steelhector.com
                              jmunn@steelhector.com
                              rpittman@steelhector.com

By: _____
     Lewis F. Murphy, P.A.
     Florida Bar No. 308455
     Janet T. Munn
     Florida Bar No. 501281
     Robert W. Pittman
     Florida Bar No. 029744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 31st day of May, 2000 to: **MICHAEL E. CRIDEN, ESQ.**, Attorneys for Plaintiff, Hanzman Criden Chaykin & Rolnick, P.A., Commercebank Center, Suite 400, 220 Alhambra Circle, Coral Gables, Florida 33134.

By: _____
     Robert W. Pittman