UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

      Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

      Defendant.
_____/

FILED by _____ D.C.

JUN 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S AGREED MOTION FOR
## ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST

THIS CAUSE having come before the Court on defendant USG Annuity & Life

Company's agreed motion for enlargement of time to serve its reply to plaintiff Claire

Blumberg's first request for production of documents and first set of interrogatories, and the

Court having reviewed the file and being fully advised in the premises, it is hereby

ORDERED that USG Annuity & Life Company's motion for enlargement of time is

GRANTED up to and including June 21, 2000, to serve a reply to the first request for production

of documents and first set of interrogatories.

DONE AND ORDERED in Miami, Dade County, Florida, this _1_ day of _June_,

2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.