UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf
and on behalf of all class members similarly
situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/



FILED by _____ D.C.

JUN 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER

**THIS CAUSE** is before the court *sua sponte*. In light of the fact that plaintiffs filed a first amended complaint on May 10, 2000 and defendant filed a motion to dismiss the first amended complaint on May 26, 2000, defendant's previous motion to dismiss the complaint (DE # 9) filed on April 17, 2000 has been rendered moot. Accordingly, the clerk is directed to note in the docket that defendant's motion to dismiss the complaint (DE # 9) has been rendered MOOT and is no longer pending.

**DONE AND ORDERED** in chambers at Miami, Florida, this 31 day of May, 2000.

                              THE HONORABLE ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

copies furnished to:

Magistrate Judge Simonton

Lewis Murphy
Robert Pittman
Steel, Hector & Davis, LLP
200 South Biscayne Blvd., Suite 4000
Miami, FL 33131

Michael E. Criden
Hanzman, Criden, Chaykin & Rolnick, P.A.
Commercebank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134