UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6203 CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and
on behalf of all class members similarly situated,

    Plaintiffs,

v.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

FILED by ___ D.C.
JUN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant USG Annuity & Life Company's Motion to Dismiss. The Court, after a review of the file and noting the agreement of counsel, orders and adjudges as follows:

    1.    Plaintiff's Motion is hereby GRANTED. Plaintiff shall have through and including June 21, 2000, to file her response to the Motion to Dismiss.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this 19 day of June, 2000.

                                                Alan S. Gold
                                                United States District Judge

Copies furnished to all counsel