UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an Oklahoma corporation,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S AGREED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST**

THIS CAUSE having come before the Court on defendant USG Annuity & Life Company's agreed motion for an additional enlargement of time to serve its reply to plaintiff Claire Blumberg's first request for production of documents and first set of interrogatories, and the Court having reviewed the file and being fully advised in the premises, it is hereby

ORDERED that USG Annuity & Life Company's motion for enlargement of time is GRANTED up to and including June 30, 2000, to serve a reply to the first request for production of documents and first set of interrogatories.

DONE AND ORDERED in Miami, Dade County, Florida, this 23 day of June, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.