UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/



### ORDER GRANTING DEFENDANT'S AGREED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

THIS CAUSE having come before the Court on defendant USG Annuity & Life Company's agreed motion for an enlargement of time to reply to plaintiff's memorandum in opposition to defendant's motion to dismiss, and the Court having reviewed the file and being fully advised in the premises, it is hereby

ORDERED that USG Annuity & Life Company's motion for enlargement of time is GRANTED up to and including July 17, 2000, to serve a reply to plaintiff's memorandum in opposition to defendant's motion to dismiss.

DONE AND ORDERED in Miami, Dade County, Florida, this _____ day of _____, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.

