FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JUL 14 PM 4:10

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.

_____/

### DEFENDANT'S AGREED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendant, USG Annuity & Life Company ("USG"), moves for an additional enlargement of time up to and including July 21, 2000, to serve its reply to the plaintiff's, Claire Blumberg ("Blumberg"), memorandum in opposition to defendant's motion to dismiss.

1.    Defendant's counsel returned from vacation and has been occupied with other pending matters and has been unable to dedicate the necessary time to its Reply. The requested enlargement will not unduly delay these proceedings or prejudice the plaintiffs. Defendant's counsel will need the extra four days to prepare a reply.

**SCANNED**

STEEL HECTOR & DAVIS LLP

2.	Counsel for USG has conferred with counsel for Blumberg, regarding the requested enlargements of time who has no objection.

3.	This motion has been served before the expiration of the period prescribed by the rules and is made in good faith and not for the purpose of delay.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may in its discretion for cause shown enlarge the period within which an act is required to be done if the request for an enlargement is made before the expiration of the period prescribed under the rules. This request is made before the expiration of the time within which to respond, and is made for good cause.

WHEREFORE, the defendant, USG, respectfully requests that the Court enter an order enlarging the time within which it may serve its reply to plaintiff's memorandum in opposition to defendant's motion to dismiss up to and including July 21, 2000.

## CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOLVE

Undersigned counsel hereby certifies that prior to filing this motion Robert W. Pittman, an associate at the law firm of Steel Hector & Davis LLP, conferred with opposing counsel,

Kevin Love, in a good faith attempt to resolve the motion and that Plaintiff's counsel agreed to the enlargement.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant USG Annuity & Life Co.
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone:   (305) 577-2864
Telecopy:    (305) 577-7001
E-mail:      lmurphy@steelhector.com
             rpittman@steelhector.com

By: _____
Lewis F. Murphy, P.A.
Florida Bar No. 308455
Robert W. Pittman
Florida Bar No. 029744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 14th day of July 2000 to: **MICHAEL E. CRIDEN, ESQ.**, Attorneys for the Plaintiff, Hanzman Criden Chaykin & Rolnick, P.A., Commercebank Center, Suite 400, 220 Alhambra Circle, Coral Gables, Florida 33134.

By: _____
Robert W. Pittman