UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

**NIGHT BOX FILED**
JUL 21 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## REQUEST FOR ORAL ARGUMENT

The Defendant, USG Annuity & Life Company, pursuant to Local Rule 7.1.B.1, respectfully requests the opportunity to present oral argument on its Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support ("Motion to Dismiss").

The Motion to Dismiss requests, in part, the dismissal of Plaintiff's Amended Complaint based on the Plaintiff's failure to comply with Rule 9(b) in pleading allegations of fraud. The Motion to Dismiss also requests, in part, the dismissal of counts founded on the existence of a fiduciary duty. The parties dispute the legal and factual requirements for stating such claims.

Oral argument provides an excellent opportunity to guide the Court through this technical process and relieve the Court of some of the work necessary to an understanding of the issues presented. The Defendant estimates that one hour will be sufficient for the oral argument.

CASE NO. 00-6203-CIV-GOLD/SIMONTON

WHEREFORE, the Defendant respectfully requests that the Court schedule one hour for oral argument on Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant USG Annuity & Life Co.
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone: (305) 577-2864
Telecopy: (305) 577-7001
E-mail: lmurphy@steelhector.com
rpittman@steelhector.com

By: _____
Lewis F. Murphy, P.A.
Florida Bar No. 308455
Robert W. Pittman
Florida Bar No. 029744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 21st day of July, 2000 to: **MICHAEL E. CRIDEN, ESQ.**, Attorneys for Plaintiff, Hanzman Criden Chaykin & Rolnick, P.A., Commercebank Center, Suite 400, 220 Alhambra Circle, Coral Gables, Florida 33134.

By: _____
Robert W. Pittman

MIA_1998/605768-1