UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

FILED by GW D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CLAIRE BLUMBERG, on her own behalf and on
behalf of all class members similarly situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S AGREED MOTION FOR AN
ADDITIONAL ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE having come before the Court on defendant USG Annuity & Life Company's agreed motion for an additional enlargement of time to reply to plaintiff's memorandum in opposition to defendant's motion to dismiss, and the Court having reviewed the file and being fully advised in the premises, it is hereby

ORDERED that USG Annuity & Life Company's motion for additional enlargement of time is GRANTED up to and including July 21, 2000, to serve a reply to plaintiff's memorandum in opposition to defendant's motion to dismiss.

DONE AND ORDERED in Miami, Dade County, Florida, this 27th day of July, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.