UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6203-CIV-GOLD/SIMONTON

CLAIRE BLUMBERG, on her own behalf
and on behalf of all class members similarly
situated,

    Plaintiffs,

vs.

USG ANNUITY & LIFE COMPANY, an
Oklahoma corporation,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER DISMISSING AND CLOSING CASE

THIS CAUSE is before the court upon notice by the parties that they have settled the case. All pending motions, including DE #'s 21 and 34, are denied as MOOT. This case is hereby DISMISSED and CLOSED. Within 60 days of this dismissal order, either party may petition the court to reinstate this case, but only upon a showing of good cause as to why the settlement was not consummated.

DONE AND ORDERED in chambers at Miami, Florida, this 24 day of August, 2000.

                THE HONORABLE ALAN S. GOLD
                UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
Lewis Murphy
**Robert Pittman**
Steel, Hector & Davis, LLP
200 South Biscayne Blvd., Suite 4000
Miami, FL 33131
**Michael E. Criden**
Hanzman, Criden, Chaykin & Rolnick, P.A.
Commercebank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134

